APPENDIX

ITENEMY2

File Edit PF Keys Shift PF Keys Help

PAROLE MINUTES VIEW

*** INMATE ***

LAST NAME: MATTATALL FIRST: STEPHEN MINIT: R
ID: 056259 D.O.B: [redacted]1948 RACE: WHITE

PAROLE DATE: 05/01/2001
ACTION DATE: 01/22/2002 BOARD ACTION: DENIED
NEXT HEARING DATE: 01/01/2007 RECONSIDERATION

*** PAROLE BOARD MINUTES ***

The Board votes to deny parole. The reason for the
denial is to parole Mr. Mattatall would depreciate
the seriousness of his criminal offense. Additionally,
the Board feels that Mr. Mattatall was less that
forthright in his description of the events the night
of this murder. He has had significant
disciplinary infractions over the course of his

4) Prev / First 16) Return
5) Next / Last ^16) Main Menu

Ready

For Help, press F1

Start MENURUN ITENEMY2 Untitled - ReportViewer

next parole hearing
1-2007

ITENEMY2

File Edit PF Keys Shift PF Keys Help

PAROLE MINUTES VIEW

*** INMATE ***

LAST NAME: MATTATALL FIRST: STEPHEN MINIT: R

ID: 056259 D.O.B: [redacted]1948 RACE: WHITE

PAROLE DATE: 05/01/2001

ACTION DATE: 01/22/2002 BOARD ACTION: DENIED

NEXT HEARING DATE: 01/01/2007 RECONSIDERATION

*** PAROLE BOARD MINUTES ***

disciplinary infractions over the course of his
incarceration. We hope that when we see him
he has addressed his negative behavior and potentially
is booking free. We will see him in five (5)
years.
MAXIMUM
VOTE: Unanimous-Present; Holley, LaFazia, Reamer, Gallo

4) Prev / First
5) Next / Last

16) Return
^16) Main Menu

Ready

For Help, press F1

Start MENURUN ITENEMY2 Untitled - ReportViewer