APPENDIX II



ITENEMY2

File Edit PF Keys Shift PF Keys Help

PAROLE MINUTES VIEW

*** INMATE ***

LAST NAME: MATTATALL FIRST: STEPHEN MINIT: R

ID: 056259 D.O.B: [redacted]/1948 RACE: WHITE

PAROLE DATE: 05/01/2001

ACTION DATE: 01/22/2007 BOARD ACTION: DENIED

NEXT HEARING DATE: 07/01/2010 RECONSIDERATION

*** PAROLE BOARD MINUTES ***

The Board votes to deny parole. The reason for the
denial is to parole Mr. Mattatall would depreciate
the seriousness of his serious offense and criminal
history. The Board was impressed with his program
participatin and insight. We will see him again in
Forty-two months. (7/10)
MEDIUM

JAN 25 2007

4) Prev /First 16) Return
5) Next /Last ^16) Main Menu

Ready

Start MENURUN ITENEMY2

R.I. DEPARTMENT OF CORRECTIONS DATE: 01/29/2007
PAROLE BOARD RESULTS

ID: 056259 LOCATION: MED AMODR 09B
NAME: MATTATALL STEPHEN R D.O.B: [redacted]/1948

BOARD HEARING: 01/22/2007 DENIED

*** PAROLE HEARING MINUTES ***

The Board votes to deny parole. The reason for the denial is to parole Mr. Mattatall would depreciate the seriousness of his serious offense and criminal history. The Board was impressed with his program participation and insight. We will see him again in forty-two months. (7/10)
MEDIUM
VOTE: UNANIMOUS-Present; Holley, Reamer, Gallo