JH

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

STEPHEN R. MATTATALL

Plaintiff

v. INDICTMENT No. K1/83-0012A

STATE OF RHODE ISLAND &

RHODE ISLAND PAROLE BOARD.

Respondant

CA 07 234 ML

**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff is a prisoner confined at the Adult Correctional Institutions in Cranston, Rhode Island. Said incarceration has been for twenty-four years thus far on a seventy (70) year sentence. Due to his incarceration he is financially unable to retain counsel on his own. Plaintiff is also not well versed in the law and procedures of this court. Plaintiff is seeking ,'In Forma Pauperis' status and therefore'Appointment of Counsel,' pursuant to The Criminal Justice ACT of Title 18 U.S.C. § 3006 A (I) &(b).

Plaintiff has a colorable claim, that by being in violation of his Fifth and Sixth Amendment rights by way of using unrelaible and non-factual findings to enhance his sentence. Under Rhode Island General Law(s), 12-19-21, an ALFORD (V. North Carolina), plea was utilized as a predicate to add twenty (20), more years to a sentence which was already enhanced due to a re-trial, by ten (10) years.

Said predicate (driving to endanger, death resulting, 1979), (K2/79-128), was utilized although the trial judge (Albert Di-Robbio), granted the defendant's Motion For A New Trial, and expressed his professional opinion that Defendant Stephen R. Mattatall was not the driver of the automobile which caused the car accident.

Other issues to be litigated are 'liberty interest'; 'due process' violations, and 'equal protection clause' protections which were not considered under R.I. Gen. Law(s) § 13-8-14; and § 13-8-14.1., when the R.I. Parole Board saw plaintiff in January 22, 2006.

In this particular cause, counsel is warranted and appropriate since the issues are both novel and complex and involve judicial matters not familiar to plaintiff. These numerous issues, some of first impression would only be familiar to a seasoned attorney. This is pursuant to Rhode Island Supreme Court Rule, (Article 1, Rule 4).

**REASONS PLAINTIFF SHOULD BE REPRESENTED BY COUNSEL**

1.) Plaintiff is indigent.

2.) Plaintiff is unfamiliar with the law and thus cannot best represent himself in a competent and professional fashion to protect his Constitutional rights.

3.) Plaintiff has made diligent efforts to find counsel willing to represent him.

4.) Justice would best be served in the instant case if counsel was appointed to represent the plaintiff.

5.) Plaintiff believes it would save taxpayers monies if an attorney is successful presenting these issues of Constitutional magnitude.

6.) Plaintiff is actually innocent of the charge, "driving to endanger, death resulting," which was used to deem him to be an habitual offender, which is once again being used against him to deny plaintiff parole.

THEREFORE, Plaintiff, Stephen Mattatall, respectfully asks this Honorable Court to appoint counsel to represent him in this matter.

**CERTIFICATION**

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the enclosed documents to the Office Of The Attorney General, 150 South Main Street, Providence, Rhode Island, 02903, via First Cless postage and a copy to the Legal Department of the Adult Correctional Institutions, 40 Howard Avenue, Cranston, Rhode Island, 02920, via INTERDEPARTMENTAL MAIL on the 15TH day of June 2007.

Stephen R. Mattatall

STEPHEN R. MATTATALL PRO SE
Identification number 56259
Medium One Security (AR-15T)
Post Office Box 8274
Cranston, Rhode Island
02920

CERTIFICATION

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the enclosed documents to the Office of The Attorney General, 150 South Main Street, Providence, Rhode Island, 02903, via first class mail and a copy to the Legal Department of the ADULT CORRECTIONAL INSTITUTIONS, 40 Howard Avenue, Cranston, Rhode Island, 02920, via INTERDEPARTMENTAL MAIL, on the 15TH day of June in the year 2007.

June 15, 2007
DATE

Stephen R. Mattatall
STEPHEN R. MATTATALL, PRO SE