JH

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEPHEN R. MATTATALL

Plaintiff

v. INDICTMENT No. K1/83-0012A

STATE OF RHODE ISLAND &

RHODE ISLAND PAROLE BOARD

Respondant

CA 07 234ML

MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the plaintiff, Stephen R. Mattatall, in the above entitled matter and declares that:

1.) I am currently incarcerated at the Adult Correctional Institutions and have no means to pay costs for this action.

2.) I have no assets and my only income is $60., per month.

3.) Because of my poverty, I am unable to give security, of to employ an attorney.

4.) I believe that I am entitled to redress in this action.

Under penalty of perjury, I declare that the above statements are true and correct.

Stephen R. Mattatall

STEPHEN R. MATTATALL PRO SE

Identification Number 56259

**CERTIFICATION**

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the enclosed documents to the Office of The Attorney General, 150 South Main Street, Providence, Rhode Island, 02903, via First Class Mail and a copy to the Legal Department of the Adult Correctional Institutions, 40 Howard Avenue, Cranston, Rhode Island, 02920, via Interdepartmental Mail, on the 15TH day of June, in the year 2007.

June 15, 2007
DATE

Stephen R. Mattatall
STEPHEN R. MATTATALL, PRO SE