**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

STEPHEN R. MATTATALL

Plaintiff

v. INDICTMENT No. K1/83-0012A

STATE OF RHODE ISLAND &

RHODE ISLAND PAROLE BOARD

Respondant

**AFFIDAVIT OF INDIGENCY**

I, Stephen R. Mattatall, the plaintiff in the above case, make affidavit being first sworn and under oath, that after payment of necessary and reasonable expences for food, shelter, medical care, underware, t-shirts and sox, I do not have sufficient income or assets to enable me to retain counsel, nor is there anyone to whom I am entitled to look for support who has such income or assets.

In support of this affidavit, I refer to and incorporate herein the attached financial statement.

June 15, 2007
DATE

Stephen R. Mattatall
STEPHEN R. MATTATALL, PRO SE

IDENTIFICATION Number 56259.

**CERTIFICATION**

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the enclosed documents to the Office of The Attorney General, 150 South Main Street, Providence, Rhode Island, 02903, via First Class Mail and a copy to the Legal Department of the Adult Correctional Institutions, 40 Howard Avenue, Cranston, Rhode Island, 02920, via Interdepartmental Mail, on the 15TH day of June, in the year 2007.