CA07-234ML

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
PROVIDENCE, RHODE ISLAND
JUNE 22,2007

Dear Clerk,

I hope by the time you recieve this correspondence, you will have recieved the new civil action complaint (42 USC § 1983) I sent to the court on June 15,2007, via certified mail. Please find enclosed the civil cover sheet and my APPLICATION to PROCEED In FORMA PAUPERIS. You will not find enclosed a certified statement showing all receipts, expenditures and balances for the last six (6) months for any/ all institutional accounts because you will find them attached and in the package of the new civil action complaint which I sent to the court on the 15th of June 2007.

The only way I am able to pay the $350.oo filing fee is from my frozen account as you can see from my inmate ledgers for the last six (6) months. Also as indicated, my father donates approximately $30. to $40. dollars to help me purchace items from the A.C.I. commissary. So, I might ask that if the court sees fit to deduct a persentage of my frozen account, that they take the minimum percentage necessary to make my payments.

Thank you very much for your time and concideration.

Respectfully Submitted,

Stephen R. Mattatall

Stephen R. Mattatall #56259
Medium One Security (AR-15t)
P.O. Box 8274
Cranston, Rhode Island 02920