United States District Court
Office Of The Clerk
314 Federal Building &
United States Courthouse
Providence, Rhode Island
July 28,2007

C.A. No. 07-234ML

Dear Clerk,

Yesterday I recieved a Motion To Dismiss and a Memorandum In Support, dated july 25,2007. My sister (Lori Aptt) delivered the summons to Ms. Lisa Holley however, I forgot to include a copy of the complaint.

The reason I'm writting to you is that I had also filed a post conviction in the Rhode Island Superior Court alleging these same violations against the Rhode Island Parole Board. I thought I could have both pending due to the different headings, i.ie., post- conviction v. 42 U.S.C. § 1983. However, someone (an inmate) here told me that because of the nature and allegations being the same type of violations, I would have to litigate in one court at a time. He suggested I write to you and ask for a 'STAY' until such time as I get a judgement in the Superior Court.

Would you please grant my request for a 'STAY'?

Thank you very much for your time and consideration.

RECEIVED
AUG 01 2007
Property of U.S. District Court
District of Rhode Island

Respectfully Submitted,

Stephen Mattatall

STEPHEN R. MATTATALL #56259