Clerk Of Court
United States District Court
For The District Of Rhode Island
314 Federal Building & United States
Courthouse
Providence, Rhode Island
August 5, 2007

C.A. No. 07-234 ML

Dear Clerk,

As you can see from the letters Ive enclosed, Ive recently asked for a 'stay', until such time as the Rhode Island Superior Court has issued an opinion in these matters.

Also, Ive decided not to waste any time serving process on the defendant's so, Ive enclosed three (3) summon(s) which need to be stamped and returned to me so, I can send them along with a copy of the complaint to my sister. She will again serve the papers.

Thank you very much for your time and consideration.

Respectfully Submitted,
Stephen R. Mattatall #56259
Medium One Security (AR-16B)
Post Office Box 8274
Cranston, Rhode Island
02920

cc: file

Clerk Of Court

United States District Court

For The District Of Rhode Island C.A. No. 07-234ML

314 Federal Building & United States Courthouse

Providence, Rhode Island

July 27,2007

Dear Clerk,

Today I recieved a Motion To Dismiss and a Memorandum In Support, dated July 25,2007. There are two (2) different dates in which the defendants allege that my sister (acting as a process server), delivered the summons to Ms. Holley, at the parole headquarters. On page one (1), the date is July 2,2007. On page two (2), also in the Memorandum Of Law the date is July 9,2007.

I though that because I had sent copies of the original complaint to the Attorney General and the Department of Corrections, Legal Department I had done what was required.

Anyway, to clear up the matter of the complaint not surfacing at the same time as the summons, I've asked my sister Lori, once again to serve process to the defendants---this time serving Lisa Holley, Bennett Gallo and Fred Reamer Ph.D.

Please let me know if there is anything more I can do to comply with the process.

Thank you very much for your time and consideration.

Respectfully Submitted,

Stephen Mattatall

Stephen Mattatall #56259