**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN R. MATTATALL** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-234ML** |
| | : | |
| **STATE OF RHODE ISLAND &** | : | |
| **RHODE ISLAND PAROLE BOARD** | : | |

## OBJECTION TO MOTION FOR STAY

Now comes counsel for Defendants and hereby objects to Plaintiff's request for a stay pending disposition of his Superior Court application for post conviction relief. These Defendants have the benefit of absolute judicial immunity in this action and are entitled to have Plaintiff's complaint against them dismissed with prejudice if or when Plaintiff perfects service upon them.

Respectfully Submitted,
DEFENDANTS,
Rhode Island Parole Board
Lisa Holley
Bennett Gallo
Fred Reamer, Ph.D.

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Stephen R. Mattatall, Pro Se, Identification Number 56259, Medium One Security (AR-15T), Post Office Box 8274, Cranston, Rhode Island 02920 on this 8th day of August, 2007 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*