**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**STEPHEN R. MATTATALL**

**v.** **C.A. No. 07-234 ML**

**RHODE ISLAND PAROLE BOARD, LISA S. HOLLEY, ESQ., BENNETT R. GALLO, ESQ., AND FREDERIC G. REAMER**

**ORDER**

Plaintiff Stephen R. Mattatall filed a Complaint pursuant to 42 U.S.C. § 1983 and named as defendants the State of Rhode Island's Parole Board and its members. Plaintiff seeks, *inter alia,* declaratory and injunctive relief, claiming that defendants' parole procedures and/or policies violated his due process rights during his parole hearing. See Wilkinson v. Dotson, 544 U.S. 74 (2005).

To the date of this writing, it does not appear that the defendants have been properly served with process in this case. Indeed, plaintiff admits as much in letter to the Clerk dated July 28, 2007. See Dkt # 9. Plaintiff, in that same letter, also seeks a Stay of the instant proceedings so that he may litigate similar proceedings in the state courts. Defendants have objected to the Stay on the basis that judicial immunity requires that the action be dismissed. But see e.g. id.

Upon consideration of the letter-motion, and of the objection thereto, plaintiff's motion for a Stay is **DENIED**. Plaintiff filed the instant action in this Court, and may either proceed with it, or voluntarily dismiss it without prejudice pursuant to Fed. R. Civ. P. 41(a)(permitting a plaintiff to voluntarily dismiss a complaint without prejudice if an Answer or a Motion for Summary Judgement has not yet been served by the adverse party).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 8\27\07