UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Stephen R. Mattatall

v. C.A. No. 07-234ML

State Of Rhode Island &

Rhode Island parole Board, et. al.

## OBJECTIONS TO MAGISTRATE"S REPORT AND RECOMMENDATION

Responce to Magistrate Jacob Hagopian's Report & Recommendation, dated October 20,2007.

As stated on page 3 of the Report and Recommendation, it says the plaintiff admitted that he only suplied defendant Holley with a summons. See letter to Clerk, DKT #9 (July 28,2007). Plaintiff had told the Court in his August 28,2007 letter, "It's been years since I've had to do this so, I also forgot to have the summons stamped by the Clerk. Also plaintiff stated in a letter dated July 27,2007, " I though that because I had sent copies of the original complaint and Memorandum to the Attorney General and the Department of Corrections, Legal Department, I had done what was necessary.

Anyhow, (still July 27th letter), to clear up the matter of the complaint, ect not being delivered at the same time as the summons, I've asked my sister, once again to serveprocess to the defendants---this time serving Lisa S. Holley, Bennett Gallo and Fred Reamer Ph.D.

On August 5,2007, Plaintiff sent three (3) new summons to the

Clerk with a letter stating, "Also, I've decided not to waste any time serving process on the defendant's, so I've enclosed (3) summons which need to be stamped and returned to me so, I can send them along with a copy of the complaint and Memorandum to my sister.

On August 28,2007, Plaintiff sent a letter to the Clerk stating, The reason for this letter is that, now that I have recieved the stamped summons back from the Clerk's Office, I sent them along with copies of the complaint and Memorandum to my sister (Lori Aptt), once again. Lori was gracious enough even though Ms.Holley said she didn't have to except them, to go back to the Parole Office again, on August 3,2007, and attempt to serve process. In The meantime, I had sent the waivers of service to the defendants to which I havn't recieved any answers.

Since that time, I've learned that Ms. Holley not only refused to be served the second time with all the necessary complaints, memorandums and summons but Ms. Holley 'brow beat' my sister into leaving the office with said documents still in her hand. Ms. Holley told Lori that she didn't have to accept the documents. Lori didn't want to get Ms. Holley any angrier at her or me so, she got so perplexed that she left.

Plaintiff wishes to petition the Court for permission to send the three (3) copies of the complaint, the memorandums and the summons (stamped) to the U.S. Marshal because the defendants actions warrant it. Plaintiff and his sister Mrs. Lori Aptt have made dili-

gent attempts to serve the defendants in 'good faith'. Lori's telephone (CELL) is 952-3360.

October 30, 2007

DATE

Stephen R. Mattatall pro se

Stephen R. Mattatall Pro se
Identification Number 56259
Medimum One Security (Ar-18b)
Post Office Box 8274
Cranston, Rhode Island
02920