APPENDIX a.

Clerk Of Court

United States District Court

For The District Of Rhode Island

314 Federal Building & United States Courthouse

Providence, Rhode Island

July 27,2007

RECEIVED

NOV 02 2007

Property of U.S. District Court

District of Rhode Island

C.A. No. 07-234ML

Dear Clerk,

Today I recieved a Motion To Dismiss and a Memorandum In Support, dated July 25,2007. There are two (2) different dates in which the defendants allege that my sister (acting as a process server), delivered the summons to Ms. Holley, at the parole headquarters. On page one (1), the date is July 2,2007. On page two (2), also in the Memorandum Of Law the date is July 9,2007.

I though that because I had sent copies of the original complaint to the Attorney General and the Department of Corrections, Legal Department I had done what was required.

Anyway, to clear up the matter of the complaint not surfacing at the same time as the summons, I've asked my sister Lori, once again to serve process to the defendants---this time serving Lisa Holley, Bennett Gallo and Fred Reamer Ph.D.

Please let me know if there is anything more I can do to comply with the process.

Thank you very much for your time and consideration.

Respectfully Submitted,

Stephen Mattatall

Stephen Mattatall #56259

APPENDIX 6.

United States District Court
Office Of The Clerk
314 Federal Building &
United States Courthouse
Providence, Rhode Island
July 28,2007

C.A. No. 07-234 ML

Dear Clerk,

Yesterday I recieved a Motion To Dismiss and a Memorandum In Support, dated july 25,2007. My sister (Lori Aptt) delivered the summons to Ms. Lisa Holley however, I forgot to include a copy of the complaint.

The reason I'm writting to you is that I had also filed a post conviction in the Rhode Island Superior Court alleging these same violations against the Rhode Island Parole Board. I thought I could have both pending due to the different headings, i.ie., post- conviction v. 42 U.S.C. § 1983. However, someone (an inmate) here told me that because of the nature and allegations being the same type of violations, I would have to litigate in one court at a time. He suggested I write to you and ask for a 'STAY' until such time as I get a judgement in the Superior Court.

Would you please grant my request for a 'STAY'?

Thank you very much for your time and consideration.

Respectfully Submitted,

Stephen Mattatall

STEPHEN R. MATTATALL #56259

APPENDIX C.

Clerk Of Court
United States Destrict Court
For The District Of Rhode Island
314 Federal Building & United States
Courthouse
Providence, Rhode Island
August 5, 2007

CA. No. 07-234ML

Dear Clerk,

As you can see from the letters I've enclosed, I've recently asked for a 'stay' until such time as the Rhode Island Superior Court has issued an opinion in these matters.

Also, I've decided not to waste any time serving process on the defendants, so I've enclosed three (3) summon(s) which need to be stamped and returned to me so, I can send them along with a copy of the complaint to my sister.

Thank you very much for your time and consideration.

cc: file

Respectfully Submitted

Stephen R. Mattatall #56259
Medium One Security (AR-16B)
P.O. Box 8274
Cranston, Rhode Island
02920

APPENDIX d.

United States District Court
For The District Of Rhode Island
314 Federal Building &
United States Court House
Providence, Rhode Island
August 28,2007

C.A. No. 07-234ML

Dear Clerk,

On July 25,2007, I recieved a Memorandum In Support Of 12(B) (6) Motion For Defendant Lisa S. Holley. I had failed to send copies of my complaint along with the summons. Its been years since I had to to do this so, I also forgot to have the summons stamped by the clerk.

The reason for this letter is that, now that I have recieved the stamped summons back from the clerk's office, I sent them along with copies of the complaint to my sister (Lori Aptt), once again. She was gracious enough to go back to the Office of the Parole Board on August 3,2007, and was able to serve process on defendants.

Also, I had requested a 'STAY' from the clerk after the 12 (B) (6) Motion For Defendant was sent to me. I still haven't exhausted the same issues in the Rhode Island Superior Court. I hope to get a hearing soon. Is there any time limit on the 'STAY'?

Thank you very much for your time and consideration.

Respectfully Submitted,

Stephen R. Mattatall

Stephen R. Mattatall #56259
Mrdium One Security (AR-26(B)
P.O. Box 8274
Cranston, rhode ISLAND