UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Stephen R. Mattatall

v. C.A. No. 07-234ML

State Of Rhode Island &

Rhode Island Parole Board, et, al.

MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the above named Petitioner and prays that the United States District Court waive the costs of service of process on the grounds that the petitioner is indigent and as such has no funds with which to pay these costs.

See attached affidavit of indigency.

October 30, 2007
DATE

Stephen R. Mattatall pro se'

Stephen R. Mattatall pro se'
Identification Number 56259
Medium One Security (AR-18b)
Post Office Box 8274
Cranston, Rhode Island
02920

CERTIFICATION

A true copy of this request was sent to Attorney General's Office, 150 South Main Street, Providence, Rhode Island, 02903 via First Class Mail and also a copy was sent to the Legal Department of the Adult Correctional Insrirurions, 40 Howard Avenue, Cranston, Rhode Island, 02920, via Interdepartmental Mail on the 30TH day of October in the year 2007.

October 30, 2007
DATE

Stephen R. Mattatall pro se'
Stephen R. Mattatall pro se'