**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN R. MATTATALL** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-234ML** |
| | : | |
| **STATE OF RHODE ISLAND &** | : | |
| **RHODE ISLAND PAROLE BOARD** | : | |

**DEFENDANTS' REPLY TO PLAINTIFF'S MOTION FOR SERVICE OF SUMMONS UPON DEFENDANT BY U.S. MARSHALL**

Although Defendants take issue with the allegations contained in Plaintiff's Objection to the Magistrate's Report and Recommendation and, in particular, the false allegations regarding a second attempt to serve the Defendants set forth at page two of Plaintiff's objection, Defendants are willing to waive service pursuant to the provisions of FRCP 4(d).

Respectfully Submitted,
DEFENDANTS,
Rhode Island Parole Board
Lisa Holley
Bennett Gallo
Fred Reamer, Ph.D.

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Stephen R. Mattatall, Pro Se, Identification Number 56259, Medium One Security (AR-15T), Post Office Box 8274, Cranston, Rhode Island 02920 on this 9th day of November, 2007 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*