UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHEN R. MATTATALL

v. CA 07-234 ML

STATE OF RHODE ISLAND, et al.

MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on October 20, 2007. In his Report and Recommendation, Magistrate Judge Hagopian recommends dismissal of plaintiff's complaint for plaintiff's failure to make proper service. This Court notes, as did Magistrate Judge Hagopian, that plaintiff did not object to the Motion to Dismiss. Plaintiff has, however, filed a timely objection to the Report and Recommendation. In addition, plaintiff has filed a Motion to Proceed In Forma Pauperis and a Motion for Service with the United States Marshal Service. The Court notes that plaintiff paid the full filing fee when he commenced this action and that that payment nearly depleted his inmate account at the ACI. This Court also considers plaintiff's pro se status and the latitude that is to be afforded such individuals. Plaintiff, however, is admonished that failure to file a timely response to a pleading may well result in adverse action and/or a waiver of important rights.

On November 9, 2007, the defendants filed a reply to plaintiff's objection. Defendants agree to waive service pursuant to the provisions of Fed. R. Civ. P. 4(d).

Taking all of the above factors into account, this Court declines to adopt the Report and Recommendation. Instead, the Court makes the following orders:

1. Defendants' Motion to Dismiss is DENIED;

2. Plaintiff's Motion to Proceed In Forma Pauperis is GRANTED;

3. Defendants shall file an answer or a responsive pleading on or before December 7, 2007.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
November 13, 2007