**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**PROVIDENCE, SC.** **SUPERIOR COURT**

**STEPHEN MATTATALL** :
:
**V.** : **KM 00-0956**
:
**STATE OF RHODE ISLAND** :

**<u>ORDER DENYING PETITION FOR POST-CONVICTION RELIEF AND ENTRY OF JUDGMENT FOR STATE OF RHODE ISLAND</u>**

In accordance with this Court's bench ruling on September 28, 2004, after hearing on Stephen Mattatall's petition for post-conviction relief, said petition is hereby denied.

Judgment shall enter for the State of Rhode Island.

**ENTER:**

Krause, J.
**Robert D. Krause**
**Associate Justice**

**Date:** 10-7-04

**BY ORDER:**

Stephen M. Pesce
**Clerk**

C: John J. McMahon, Esquire
James T. McCormick, Esquire