STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
Rhode Island Parole Board
40 Howard Avenue
Cranston, Rhode Island 02920

November 5, 2007

Mr. Richard Wooley, Special Assistant Attorney General
Civil Division
Department of Attorney General
150 South Main Street
Providence, Rhode Island 02906

**RE: STEPHEN R. MATTATALL**
**# 056259**

Dear Mr. Wooley:

As requested enclosed is a copy of the Parole Board minutes for Stephen R. Mattatall.

If you have any questions feel free to contact me.

Sincerely,

Lisa S. Holley

Lisa S. Holley
Chairperson
RI Parole Board

LSH:al

enc.(s)

*** PAROLE HEARING INFORMATION ***

ID: 056259 SEC: MED AMODR 18B
NAME: MATTATALL STEPHEN R D.O.B: 12/15/1948

SSNO: 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 ELIGIBILITY DATE: 05/01/2001

*** SENTENCE INFORMATION ***

| CRT | RETRO | SENTENCE STATUS | YYY | MMM | DDD | GOOD | FULL |
|---|---|---|---|---|---|---|---|
| KSC | 04/06/25 | CONSECUTIVE | 18 | 0 | 0 | 04/07/2043 | 04/07/2043 |
| KSC | 05/03/83 | CONTROLLING SENTENCE | 50 | 0 | 0 | 04/06/2025 | 05/02/2033 |
| | 09/08/87 | EXPIRATION SENTENCE | 0 | 7 | 0 | 03/20/1988 | 04/08/1988 |
| | 03/20/88 | EXPIRATION SENTENCE | 1 | 0 | 0 | 01/17/1989 | 03/20/1989 |

APRIL 16, 2001 WAIVED 08/01/01 RECONSIDERATION

JULY 9, 2001 WAIVED 10/01/2001 RECONSIDERATI(
Mr. Mattatall wishes to postpone his August 2001 hearing to October 2001 so that he may be six months booking free.

AUGUST 14, 2001 MISC 11/01/01 RECONSIDERATION
Mr. Mattatall's October 2001 parole hearing has been continued to November 2001 with permission of LSH. The reason for the delay is so the victim may attend the victim's hearing.

SEPTEMBER 28, 2001 WAIVED RECONSIDERATION
Mr. Mattatall wishes to postpone his November 2001. He is litigating his discipline record. He will be seen in January, 2001.

JANUARY 22, 2002 DENIED RECONSIDERATION
The Board votes to deny parole. The reason for the denial is to parole Mr. Mattatall would depreciate the seriousness of his criminal offense. Additionally, the Board feels that Mr. Mattatall was less that forthright in his description of the events the night of his murder. He has had significant disciplinary infractions over the course of his incarceration. We hope that when we see him he has addressed his negative behavior and potentially is booking free. We will see him again in five (5) years.
MAXIMUM
VOTE: UNANIMOUS-Present; Holley, Lafazia, Reamer, Gallo

CONTINUED NEXT PAGE...

Parole05.rpt R.I. DEPARTMENT OF CORRECTIONS DATE: 11/05/07

*** PAROLE HEARING INFORMATION ***

ID: 056259 SEC: MED AMODR 18B
NAME: MATTATALL STEPHEN R D.O.B: 12/15/1948

SSNO: 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 ELIGIBILITY DATE: 05/01/2001

JANUARY 22, 2007 DENIED RECONSIDERATION

The Board votes to deny parole. The reason for the denial is to parole Mr. Mattatall would depreciate the seriousness of his serious offense and criminal history. The Board was impressed with his program participation and insight. We will see him again in forty-two months. (7/10)

MEDIUM

VOTE: UNANIMOUS-Present; Holley, Reamer, Gallo

END OF MINUTES