**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

Stephen R. Mattatall

v. C.A. No. 234ML

Rhode Island Parole Board &

State of Rhode Island

REQUEST FOR STAY

Now comes the Plaintiff, Stephen R. Mattatall pro se' and requests a STAY, in relation to ORDER denying 9 MOTION to STAY - So Ordered by Magistratr Judge Jacob Hagopian on 8/27/07. (Barletta, Barbera) (Entered 08/27/2007.

The reason for said request is plaintiff has a post-conviction (PM-2007-3645) filed and unadjucated in the Rhode Island Superior Court against the Rhode Island Parole Board, claiming the same constitutional violations as in this case number 07-234Ml, which must be exhausted prior to this District Courts entertainment.

Respectfully Submitted,

December 4, 2007
DATE

Stephen R. Mattatall pro se'

Stephen R. Mattatall #56259
Medium One Security (AR-18b)
Post Office Box 8274
Cranston, Rhode Island
02920

# CERTIFICATION

I, Stephen R. Mattatall depose that I have sent a copy of the REQUEST FOR STAY to Attorney General's Office 150 South Main Street, Providence, Rhode Island, 02903 and The Legal Department of the Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island, 02920 on December 4, 2007, via First Class mail and the latter via INTERDEPARTMENTAL MAIL.

I say this pursuant § 1746.

December 4, 2007

Stephen R. Mattatall
pro se