UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHEN R. MATTATALL

v. CA 07-234

STATE OF RHODE ISLAND &
RHODE ISLAND PAROLE BOARD

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Stay. Defendant does not object. Plaintiff's Motion to Stay is GRANTED. Plaintiff shall provide this Court and counsel for Defendants a status report regarding his post-conviction litigation now pending in Rhode Island Superior Court on or before March 31, 2008.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
December 20 , 2007