**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN R. MATTATALL** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-234ML** |
| | : | |
| **STATE OF RHODE ISLAND &** | : | |
| **RHODE ISLAND PAROLE BOARD** | : | |

**OBJECTION TO MOTION**
**TO VACATE STAY**

Now come Defendants and hereby object to Plaintiff's Motion to Vacate his own Motion to Stay. Plaintiff opted to pursue his remedies in State court where he apparently has the benefit of legal counsel and he shouldn't be allowed to pursue the same claims in both State and Federal Courts at the same time. The disposition of his State action could well be dispositive of his identical claims in this court and the Stay should remain until such time as his State case is concluded. DeVona v. City of Providence, 652 F.Supp. 863 (D.R.I. 1987).

Respectfully Submitted,
DEFENDANTS,
Rhode Island Parole Board
Lisa Holley
Bennett Gallo
Fred Reamer, Ph.D.

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Stephen R. Mattatall, Pro Se, Identification Number 56259, Medium One Security (AR-15T), Post Office Box 8274, Cranston, Rhode Island 02920 on this 13th day of February, 2008 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*