obj attached

RECEIVED

JAN 29 2008

Property of U.S. District Court
District of Rhode Island

David DiMarzio, Clerk
Rhode Island District Court
One Exchange Terrace
Courthouse Building 119
Providence, Rhode Island
January 24, 2008

Re: Status Report
C.A. No. 07-234ML

Dear Mr. DiMarzio,

As of today, my post conviction (PM-2007-3645), is still pending in the Rhode Island Superior Court in Providence, Rhode Island. I spoke with my attorney Dan Schrock today and he told me the case has been put down for a 'status hearing' on february 4, 2008, in front of Judge Robert D. Krause.

A MEMORANDUM AND ORDER was mailed to me, dated december 20, 2007. That ORDER was in response to my request for Motion to Stay. I was also ordered to provide the Court with this status report regarding my post-conviction.

I am untrained in the law but I was doing some research and I came upon a case which informed/ taught me that "habeas corpus actions require a petitioner fully to exhaust state remedies, and § 1983, does not. WILKINSON v. DOTSON, 544 US 74, 125 S.Ct. 1242, 12-46, 161 L.Ed.2d 253, quoting PREISER v. RODRIGUEZ, Id. at 490-491, 93 S.Ct. 1827.

These cases lead me to believe that I didn't need to request a "STAY" at all. I was under the impression that I had to exhaust my remedies in state court.

Denied. Mary M. Lisi USDJ 2/15/08

I hope Judge Lisi will understand and quash her december 20, 2007, ORDER, and let this case run it's coarse.

Thank you very much for your time and consideration.

cc; file

Respectfully Submitted,

*Stephen R Mattatall*

Stephen R. Mattatall #56259
Medium One Security (AR-18B)
Post Office Box 8274
Cranston, Rhode Island
02920