RECEIVED

MAR 07 2008

Property of U.S. District Court
District of Rhode Island

CLERK OF COURT
UNITED STATES DISTRICT COURT
ONE EXCHANGE TERRACE
COURTHOUSE BUILDING 119
PROVIDENCE, RHODE ISLAND
FEBRUARY 28,2008

RE: STATUS REPORT

C.A. No. 07-234ML

DEAR CLERK,

MY APPLICATION FOR POST CONVICTION IN STATE COURT (NO. PM 07/3645) WAS DENIED ON FEBRUARY 14,2008, BY ASSOCIATE JUSTICE ROBERT D. KRAUSE. ENCLOSED IS A COPY OF THAT 'ORDER'. ALSO ENCLOSED IS A COPY OF AN 'ORDER' DISMISSING ONE OF THE AMENDMENTS TO MY POST CONVICTION, DATED FEBRUARY 13,2008. ACTUALLY, THERE WERE/ ARE TWO (2) AMENDMENTS TO SAID POST CONVICTION APPLICATION(S). BESIDE THE ONE WHICH CONTAINS VIOLATIONS OF RHODE ISLANDS GENERAL LAW § 12-19-21, (THE HABITUAL OFFENDER STATUTE, THERE IS ANOTHER AMENDMENT DATED JANUARY 17,2008, WHICH DEALS WITH VIOLATIONS OF PETITIONERS RIGHTS ACCORDING TO THE 'REHABILITATIVE STATUTES' MENTIONED IN RHODE ISLAND GENERAL LAWS § 42-56-1; 42-56-18; 42-56-19 & 42-56-31.

SINCE THE STATE 'OBJECTED' TO MY 'MOTION TO STAY', ON FEBRUARY 13,2008, I WOULD LIKE TO INCORPORATE THESE TWO (2) AMENDMENTS TO MY 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT (C.A. No. 07-234ML), FILED JUNE 15,2007.

THANK YOU VERY MUCH FOR YOUR TIME AND CONSIDERATION.

A 'NOTICE OF APPEAL' WAS SENT TO THE R.I. SUPREME COURT ON 2-23-08

RESPECTFULLY SUBMITTED,

Stephen R Mattatall

STEPHEN R. MATTATALL # 56259
MEDIUM ONE SECURITY (CL-45b)
POST OFFICE BOX 8274
CRANSTON, RHODE ISLAND
02920