**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**PROVIDENCE, SC.** **SUPERIOR COURT**

RECEIVED
MAR 07 2008
Property of U.S. District Court
District of Rhode Island

**STEPHEN MATTATALL :**
**:**
**VS. : NO. PM 07/3645**
**:**
**STATE OF RHODE ISLAND :**

**ORDER DENYING APPLICATION FOR POST CONVICTION RELIEF**

Defendant complains that the Parole Board unfairly and without articulated basis denied him parole on January 22, 2007. He is mistaken. See minutes of the Parole Board's January 22, 2007 attached hereto.

In any event, regardless of the Parole Board's consideration of Mr. Mattatall's request for release, he simply is not eligible for parole because he has yet to complete his twenty-year consecutive habitual offender sentence, which must be served after completion of his fifty-year jail term for second-degree murder.

Petitioner's application is hereby denied. Counsel for the State shall prepare and present to this Court an appropriate form of judgment in favor of the State of Rhode Island.

**ENTER:** Krause J

**Robert D. Krause**
**Associate Justice**

**DATED:** 2-14-08

**BY ORDER:** [signature]
**Clerk**

c: Stephen Mattatall, P O Box 8274, Cranston, RI 02920
Jay Sullivan, Esquire, Office of the Attorney General

FILED
HENRY S. KINCH JR., CLERK
2008 FEB 14 A 11:38

COUNT

*** PAROLE HEARING INFORMATION ***

ID: 056259 SEC: MED AMODR 26
NAME: MATTATALL STEPHEN R D.O.B: [redacted]/1948

SSNO: [redacted]-5930 ELIGIBILITY DATE: 05/01/2001

*** SENTENCE INFORMATION ***

| CRT | RETRO | SENTENCE STATUS | YYY | MMM | DDD | GOOD | FULL |
|---|---|---|---|---|---|---|---|
| KSC | 04/28/25 | CONSECUTIVE | 18 | 0 | 0 | 04/29/2043 | 04/29/2043 |
| KSC | 05/03/83 | CONTROLLING | 50 | 0 | 0 | 04/28/2025 | 05/02/2033 |
| | 09/08/87 | EXPIRATION SENTENCE | 0 | 7 | 0 | 03/20/1988 | 04/08/1988 |
| | 03/20/88 | EXPIRATION SENTENCE | 1 | 0 | 0 | 01/17/1989 | 03/20/1989 |

APRIL 16, 2001 WAIVED 08/01/01 RECONSIDERATION

JULY 9, 2001 WAIVED 10/01/2001 RECONSIDERATI
Mr. Mattatall wishes to postpone his August 2001 hearing to October 2001 so that he may be six months booking free.

AUGUST 14, 2001 MISC 11/01/01 RECONSIDERATION
Mr. Mattatall's October 2001 parole hearing has been continued to November 2001 with permission of LSH. The reason for the delay is so the victim may attend the victim's hearing.

SEPTEMBER 28, 2001 WAIVED RECONSIDERATION
Mr. Mattatall wishes to postpone his November 2001. He is litigating his discipline record. He will be seen in January, 2001.

JANUARY 22, 2002 DENIED RECONSIDERATION
The Board votes to deny parole. The reason for the denial is to parole Mr. Mattatall would depreciate the seriousness of his criminal offense. Additionally, the Board feels that Mr. Mattatall was less that forthright in his description of the events the night of his murder. He has had significant disciplinary infractions over the course of his incarceration. We hope that when we see him he has addressed his negative behavior and potentially is booking free. We will see him again in five (5) years.
MAXIMUM
VOTE: UNANIMOUS-Present; Holley, Lafazia, Reamer, Gallo

CONTINUED NEXT PAGE...

Parole Info R.I. DEPARTMENT OF CORRECTIONS DATE: 09/20/07

*** PAROLE HEARING INFORMATION ***

ID: 056259
NAME: MATTATALL STEPHEN R

SEC: MED AMODR 26
D.O.B: [redacted]/1948

SSNO: [redacted]5930

ELIGIBILITY DATE: 05/01/2001

JANUARY 22, 2007 DENIED RECONSIDERATION

The Board votes to deny parole. The reason for the denial is to parole Mr. Mattatall would depreciate the seriousness of his serious offense and criminal history. The Board was impressed with his program participation and insight. We will see him again in forty-two months. (7/10)
MEDIUM
VOTE: UNANIMOUS-Present; Holley, Reamer, Gallo

END OF MINUTES