Clerk Of Court
United States District Court
One Exchange Terrace
Courthouse Building 119
Providence Rhode Island
February 28, 2008

Re: Status Report

CA. No. 07-234 ML

Dear Clerk,

My Application for Post-Conviction in state court (NO. PM 07/3645) was denied on 2-14-08, by Associate Justice Robert D. Krause. Enclosed is a copy of that 'order'. Also enclosed is a copy of an 'order' dismissing one of the amendments to my post-conviction, dated 2-13-08. Actually there were/are two amendments to said post-conviction. Besides the one which contains violations of §12-19-21 (the habitual Offender statute, there is another dated January 17, 2008 which deals with violations of petitioners rights according to 'rehabilitative statute mentioned in Rhode Island General Laws § 42-56-1; § 42-56-18; § 42-56-19 & § 42-56-31.

Since the state OBJECTED to my Motion To Stay on February 13, 2008, I would like to incorporate these two (2) Amendments To Post-Conviction into my

civil rights complaint 42 U.S.C. § 1983 (C.A. No. 07-234 ML), filed June 15, 2007.

Thank you very much for your time and consideration.

Respectfully Submitted,
Stephen R. Mattatall #56259
Medium One Security (CL-45B)
Post Office Box 8274
Cranston, Rhode Island
02920

February 28, 2008