## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

STEPHEN R. MATTATALL

      v.                                           CA 07-234 ML

STATE OF RHODE ISLAND, et al.

### MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Hagopian issued on October 6, 2009. Neither party has filed an objection. This Court has reviewed the Report and Recommendation and finds that the Magistrate Judge's factual findings and legal conclusions are fully supported by the record and pertinent First Circuit precedent. Accordingly, this Court adopts the Report and Recommendation in its entirety.

Defendant's Motion to Dismiss is GRANTED with prejudice.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
October 29 , 2009